UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLORIA SHEPHERD

                            Plaintiff,

    -against-

LAW OFFICES OF COHEN & SLAMOWITZ, LLP.,

                            Defendant.
-------------------------------------------------------------X

Case No. 08 CV 06199 (WCC)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE**, Cohen & Slamowitz, LLP. (hereinafter "C&S") will move this Court before the Honorable William C. Conner at the United States Courthouse, Southern District of New York located at courtroom 620, 300 Quarropas Street, White Plains, New York 10601 for an order pursuant to Rules 68, 12(b)(1) and/or 56 of the Federal Rules of Civil Procedure, compelling Plaintiff to accept C&S's Offer of Judgment and dismissing the Complaint in this action.

     **PLEASE TAKE FURTHER NOTICE**, that C&S's moving papers shall be served on or before May 21, 2009, Plaintiff's Answering papers shall be served on or before June 22, 2009, and Defendant's Reply papers shall be served by June 29, 2009.

Dated:  Melville, New York
         May 20, 2009

                                            Law Offices of Michael G. Mc Auliffe, Esq.
                                            Counsel to Cohen & Slamowitz, LLP.

                                          By:     /s/ *Michael G. Mc Auliffe*
                                                       Michael G. Mc Auliffe (mgm3024)
                                                       48 South Service Road
                                                       Suite 102
                                                       Melville, New York 11747
                                                       (631) 465-0044

TO:    Schlanger & Schlanger, LLP
           1025 Westchester Avenue
           Suite 108
           White Plains, NY 10604