UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GLORIA SHEPHERD,                                   Index: 08-CV-06199

        Plaintiff,                           Hon. Colleen McMahon
v.                                                 Hon. Lisa M. Smith

LAW OFFICES OF COHEN & SLAMOWITZ, LLP.

        Defendant.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Daniel Schlanger, am counsel for Plaintiff Gloria Shepherd. I caused the following documents to be served on the below-listed counsel by sending the same via electronic mail, facsimile and by sending the same in a sealed envelope with prepaid postage thereon for deposit into a depository of the United States Postal Service to the addressee below:

1. **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

    TO: Michael G. Mc Auliffe, Esq
        Law Offices of Michael G. Mc Auliffe, Esq.
        48 South Service Road, Suite 102
        Melville, NY 11747
        Counsel for: Cohen & Slamowitz, LLP
        Email: mgmlaw@optonline.net
        Fax: 631-465-0045

Dated: December 4, 2009
       White Plains, New York

                                        Daniel A. Schlanger, Esq. (DS-9330)
                                        Schlanger & Schlanger, LLP
                                        1025 Westchester Avenue Suite 108
                                        White Plains, NY 10604
                                        914-946-1981
                                        914-946-2930 (fax)
                                        Email: daniel@schlangerlegal.com